IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| William Hoggard,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Absolute Collection Service, Inc.,<br><br>　　　　　　　Defendant. | Civil Action No.: 5:12-cv-00521-BR<br><br>**ORDER OF ENTRY OF DEFAULT** |

THAT WHEREAS it has been made to appear to the undersigned Clerk of the Eastern District Court of North Carolina, upon affidavit or otherwise, that the Defendant ABSOLUTE COLLECTION SERVICE, INC. has failed to plead;

And that the Defendant ABSOLUTE COLLECTION SERVICE, INC. is otherwise subject to entry of default as provided by the Rule 55(a) of Federal Rules of Civil Procedure;

NOW, THEREFORE, Default is hereby entered against Defendant ABSOLUTE COLLECTION SERVICE, INC. in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 11th day of January, 2013.

_Julie A. Richards_
Clerk of Court